UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONDNET, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 22-cv-08911-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Trina L. Thompson for consideration of whether the case is related to *AlmondNet, Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* 22-cv-07515-TLT.

**IT IS SO ORDERED.**

Dated: January 5, 2023



JON S. TIGAR
United States District Judge