Reza Mirzaie
rmirzaie@raklaw.com
Marc A. Fenster
mafenster@raklaw.com
Benjamin T. Wang
bwang@raklaw.com
James A. Milkey
jmilkey@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
Daniel B. Kolko
dkolko@raklaw.com
Jason M. Wietholter
jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

Attorneys for Plaintiffs
*AlmondNet, Inc. and Intent IQ, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. ; SAMSUNG ELECTRONICS AMERICA, INC.; and ADGEAR TECHNOLOGIES INC.,<br><br>*Defendants*. | Case No. 4:22-cv-07515-JST<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Hon. Jon S. Tigar |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs AlmondNet, Inc. and Intent IQ, LLC and Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and AdGear Technologies Inc. have resolved Plaintiffs' claims for relief against Defendants asserted in this case.

WHEREAS, the Parties, through their attorneys of record, request this Court to dismiss all claims between them in this action.

WHEREAS, the Parties further agree that each party shall bear its own attorneys' fees, costs of court, and expenses.

NOW, THEREFORE, Plaintiffs and Defendants, through their attorneys of record, request this Court to dismiss Plaintiffs' claims for relief in this action with prejudice and to dismiss Defendants' defenses in this action without prejudice, with all attorneys' fees, costs of court, and expenses borne by the party incurring the same.

Dated:  June 25, 2025                                              Respectfully submitted,

| | |
|---|---|
| */s/ Reza Mirzaie* | */s/ Elizabeth L. Brann* |
| Reza Mirzaie<br>rmirzaie@raklaw.com<br>Marc A. Fenster<br>mafenster@raklaw.com<br>Benjamin T. Wang<br>bwang@raklaw.com<br>James A. Milkey<br>jmilkey@raklaw.com<br>James S. Tsuei<br>jtsuei@raklaw.com<br>Jason M. Wietholter<br>jwietholter@raklaw.com<br>Daniel B. Kolko<br>dkolko@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-9226 | Allan M. Soobert (*pro hac vice*)<br>allansoobert@paulhastings.com<br>James V. Razick (*pro hac vice*)<br>jamesrazick@paulhastings.com<br>PAUL HASTINGS LLP<br>2050 M Street, N.W.<br>Washington, DC  20036<br>Telephone:  1(202) 551-1700<br>Facsimile:  1(202) 551-1705<br><br>Elizabeth L. Brann (SB# 222873)<br>elizabethbrann@paulhastings.com<br>PAUL HASTINGS LLP<br>4747 Executive Drive, 12th Floor<br>San Diego, CA  92121<br>Telephone: (858) 458-3000<br>Facsimile: (858) 458-3005<br><br>Daniel J. Blake (*pro hac vice)*<br>danielblake@paulhastings.com<br>PAUL HASTINGS LLP<br>71 S. Wacker Drive, Suite 4500<br>Chicago, IL 60606<br>Telephone: (312) 499-6000 |

*Attorneys for Plaintiffs AlmondNet, Inc. and Intent IQ, LLC*

Facsimile: (312) 499-6100

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and AdGear Technologies, Inc.*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 25, 2025

_____
Hon. Jon S. Tigar
United States District Judge